**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01886-GPG

HARRY LEVENTHAL

      Plaintiff,

v.

ROARING FORK CLUB, LLC

      Defendant.

---

**NOTICE OF SETTLEMENT**

---

      The parties, by and through counsel, hereby advise the Court that the parties have reached a settlement in the above-captioned case. The parties have memorialized and executed the settlement agreement. The parties anticipate filing a stipulation for dismissal with prejudice no later than December 15, 2020, and will provide the Court with a status update by that time if necessary. The parties respectfully request that the Court stay all deadlines in this matter through December 15, 2020.

      DATED this 8th day of December 2020.     Respectfully submitted,

                                          GARFIELD & HECHT, P.C.

                                          By: */s/ Christopher D. Bryan*
                                          Christopher D. Bryan
                                          625 East Hyman Avenue, Suite 201
                                          Aspen, Colorado 81611
                                          Telephone: (970) 925-1936
                                          E-mail: cbryan@garfieldhecht.com

                                        LAW OFFICES OF DAVID BELL, P.C.

By: */s/ David Bell*
David Bell
8350 Meadow Road, Suite 186
Dallas, Texas 75231
Telephone: (214)368-3191
E-mail: dbell@davidbellpc.com

### CERTIFICATE OF SERVICE

I hereby certify that, on this 8th day of December, 2020, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was filed & served via CM/ECF upon the following:

Kathleen A. O'Grady
Timothy M. Kratz
JACKSON LEWIS, P.C.
950 17th Street, Suite 2600
Denver, Colorado 80202

*/s/Rebekah Ortell*
Rebekah Ortell

2371413_1