# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01886-GPG

HARRY LEVENTHAL

    Plaintiff,

v.

ROARING FORK CLUB, LLC

    Defendant.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

---

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff and Defendant, by and through their respective undersigned counsel, jointly stipulate to the dismissal of any and all claims in this entire case with prejudice, with each party to bear his or its own attorneys' fees and costs incurred herein.

DATED this 15th day of December 2020.  Respectfully submitted,

    GARFIELD & HECHT, P.C.

    By: */s/ Christopher D. Bryan*
    Christopher D. Bryan
    625 East Hyman Avenue, Suite 201
    Aspen, Colorado 81611
    Telephone: (970) 925-1936
    E-mail: cbryan@garfieldhecht.com

    LAW OFFICES OF DAVID BELL, P.C.

    By: */s/ David Bell*
    David Bell
    8350 Meadow Road, Suite 186

        Dallas, Texas  75231
        Telephone: (214)368-3191
        E-mail: dbell@davidbellpc.com


        JACKSON LEWIS, P.C.


        By: */s/ Kathleen A. O'Grady*
        Kathleen A. O'Grady
        Timothy M. Kratz
        950 17th Street, Suite 2600
        Denver, Colorado 80202


## CERTIFICATE OF SERVICE

I hereby certify that, on this 15th day of December, 2020, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was filed & served via CM/ECF upon the following:

Kathleen A. O'Grady
Timothy M. Kratz
JACKSON LEWIS, P.C.
950 17th Street, Suite 2600
Denver, Colorado 80202


        */s/Rebekah Ortell*
        Rebekah Ortell

2

2372608_1